# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

CHRISTOPHER JEROME DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0351

————————————————

January 2, 2026

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.